```
                                        CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                   FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA     JAN 09 2006
                  ROANOKE DIVISION             JOHN F. CORCORAN, CLERK
                                             BY:
                                                    DEPUTY CLERK
```

DARYLL SHUMAKE, )
    Plaintiff, ) Civil Action No. 7:05cv00802
  )
v. ) **FINAL ORDER**
  )
A.P. HARVEY, et al., )
    Defendants. ) By: Samuel G. Wilson
  ) United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This _____ day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE